UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS SNOWDEN, III,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M.YULE, et al.,<br><br>　　　　　Defendant. | Case No.: 1:17-cv-01387-BAM (PC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

　　　　Plaintiff Curtis Snowden, III, is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on October 16, 2017.

　　　　In his complaint, Plaintiff alleges violations of his civil rights by defendants. The alleged violations took place at Mule Creek State Prison, located in Amador County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. All of the defendants are alleged to be employees of that prison. Therefore, the complaint should have been filed in the Sacramento Division.

　　　　Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>501 "I" Street, Suite 4-200
>Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **October 17, 2017**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE